```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------X
CLEARING ENTERPRISES, LTD. and
AMARANTE HOLDINGS, LTD.,

                Plaintiffs,

        - against                           ORDER ADOPTING MAGISTRATE
                                            REPORT AND RECOMMENDATION
TERENCE M. TAYLOR, and SENOPAH              03-CV-5278(JS)(MLO)
PARTNERS CORP.,

                Defendants.
----------------------------------X
```

Appearances:
For Plaintiffs:           Edward Henry Pomeranz, Esq.
                          Graubard Mollen
                          405 Lexington Avenue, 19th Floor
                          New York, New York 10174

For Defendants:
Terence M. Taylor and
Senopah Partners Corp.:   Terence M. Taylor, Pro Se
                          60 Bayside Avenue
                          Oyster Bay, New York 11771

SEYBERT, District Judge:

Upon review of the Report and Recommendation of Magistrate Judge Michael L. Orenstein, dated July 14, 2005, to which no party has objected, the Court hereby ADOPTS the Report and Recommendation in its entirety.

Judge Orenstein recommends that: (1) a judgment in favor of Plaintiff Clearing Enterprises, Ltd., in the sum of $543,000, together with interest from April 30, 2003, be issued jointly and severally against the Defendants; (2) a judgment in favor of Plaintiff Amarante Holdings, Ltd., in the sum of $72,000, together with interest from April 30, 2003, be issued jointly and severally against the Defendants; (3) Defendants pay the costs and

disbursements of this action; (4) the bond posted by Plaintiffs as security for costs be discharged.

The docket sheet indicates that on July 27, 2005, the Defendants were served a copy of the Report and Recommendation by Plaintiffs. Any objections had to be filed within 15 days of service or the right to appeal would be waived. The docket shows that no objections were filed. As no objections to the Report and Recommendations have been filed, all objections are hereby deemed to have been waived.

Accordingly, the Court ADOPTS the Report and Recommendation in its entirety. The Clerk of the Court is directed to mark this case as CLOSED.

SO ORDERED

/s/ JOANNA SEYBERT
Joanna Seybert, U.S.D.J.

Dated: Central Islip, New York
August 17, 2005